Delmario REESE, Appellant,

v.

STATE of Missouri, Respondent.

WD 78725

Missouri Court of Appeals, Western District.

ORDER FILED: June 28, 2016

Samuel Buffaloe, Assistant Public Defender, Columbia, MO, Attorney for Appellant.

Chris Koster, Attorney General, Shaun J. Mackelprang, Assistant Attorney General, Jefferson City, MO, Attorneys for Respondent.

Before Division IV: Alok Ahuja, Chief Judge, Presiding, and Victor C. Howard and Mark D. Pfeiffer, Judges.

### Order

Per Curiam:

Delmario R. Reese appeals from the Judgment of the Circuit Court of Livingston County, Missouri, denying his Rule 29.15 amended motion for post-conviction relief, based on ineffective assistance of trial counsel, after an evidentiary hearing. Because a published opinion would have no precedential value, a memorandum of law

has been provided to the parties. The judgment is affirmed. Rule 84.16(b).